# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

151355(70)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JAMES E. WHITE, Personal Representative of
the Estate of BOBBIE JEAN WILSON-WHITE,
      Plaintiff-Appellee,

v

ST. JOHN MACOMB HOSPITAL,
DIAGNOSTIC RADIOLOGY CONSULTANTS,
P.C., PHILIP A. ADLER, M.D., and AARON
SMITH, D.O.,
      Defendants,

and

TRI-COUNTY UROLOGISTS, P.C., and
GREGORY V. McINTOSH, D.O.,
      Defendants-Appellants.
_____/

SC: 151355
COA: 316751
Macomb CC: 2011-004467-NH

      On order of the Court, the motion for reconsideration of this Court's February 2, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      VIVIANO, J., did not participate because he presided over this case in the circuit court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



Clerk

p0516